Class Action Civil Rights

**FULL NAME**

**COMMITTED NAME** (if different)

#901 Rice Street Jail #30318
**FULL ADDRESS INCLUDING NAME OF INSTITUTION**
Fulton County Atlanta Georgia
Class Action 8+ members
**PRISON NUMBER** (if applicable)

FILED
CLERK, U.S. DISTRICT COURT
FEB 28 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Class Action · Civil Rights
MR Harris MR Njie MR Gray
MR Wilson MR Gomez MR Black PLAINTIFF,
MR McDaniel MR Creighton
v.
Fulton County Sheriff Department
Atlanta Georgia  DEFENDANT(S).

CASE NUMBER:
CV23-1538-JGB (ADS)
To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** (Check one)
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

Steven James Gomez  Stephen Lorenze Harris  Robert Wilson
Brandon McDaniel  Marcus Farmer
Michael Black  Janard Creighton  Cruz Gray
★ This to be filed as a Class Action  Myron Njie
Civil Rights Complaint 42 USC §1983
Against Defendant Fulton County Sheriff
901 Rice St Jail Atlanta  Chief Jailer T. Jackson
Georgia 30318
★ Relief to be Granted to All Names of Party
    File This Civil Rights Complaint 42 USC §1983
★ Detainee of the Fulton County Jail 901 Rice Street
Atlanta Georgia 8+ members File Civil Right Complaint

---

CV-66 (7/97)  **CIVIL RIGHTS COMPLAINT**  Page 1 of 6

4. Defendant  UNKNOWN  resides or works at
   (full name of first defendant)
   901 Rice Street Jail Fulton County Atlanta Georgia
   (full address of first defendant)
   RANK FULTON COUNTY SHERIFF
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   MALTREATMENT  MALCONDUCT MALVERSATION
   DEADLY FORCE

5. Defendant  UNKNOWN  resides or works at
   (full name of first defendant)
   901 Rice Street Jail Fulton County Atlanta GA
   (full address of first defendant)
   RANKED FULTON COUNTY SHERIFF
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☑ official capacity.

   Explain how this defendant was acting under color of law:
   MALTREATMENT  MALCONDUCT DEADLY FORCE
   ~~excess~~

- NAACP HEADQUARTERS # 4805 MT. HOPE DRIVE BALTIMORE, MD 21215-3297
- Department of Justice  410 580 5777
  Office of THE ATTORNEY GENERAL
  1425 New York Avenue N.W. SUITE 11050
  WASHINGTON D.C. 20530-0001
- United States Commissions on Civil Rights
  1331 Pennsylvania Ave N.W. SUITE 1150
  WASHINGTON D.C. 20425
  TERESA ADAMS CIVIL Rights Assistant
  Office of Civil Rights Evaluation
- Federal Bureau of Prisons Office of INTERAL AFFAIRS
  320 FIRST. N.W. ROOM 600 WASHINGTON D.C. 20534
  202 307 3198

CIVIL RIGHTS COMPLAINT

C /-66 (7/97)                                                                                    Page 4 of 6

Mann Act A 1910 federal law making it illegal to transport an individual in interstate or foregin Criminal Sexual activity 18 USCA §§ 2421-2424.

Legal malpractice a lawyers failure to Render Professional Services with the skill Prudence and diligence that an ordinary and reasonable lawyer would use under similar circumstances

911 malpractice
Plaintiff malprractice
maltreatment medical malpracti
malconduct malversation

911

- Fire at the Jail 1/12/2023
- Police pulling out my penis
- Police kicking me in Front of EMS

911

- Grady Hosptal 1/13/2023
- Jumped By police over case 22cp208134
- Police officer Richardson Family
- Grady Medical Staff Refuse to treat me because of my case 22cp208134

NATIONAL SSOCIATION FOR THE ADVANCEMENT OF COLOR PEOPLE
NATIONAL HEADQUARTERS #4805 MT. HOPE DRIVE BALTIMORE MD 21215 3297

Fulton County Jail 901 Rice Street Atlanta Georgia 30318

Derrick Johnson President AND Chief Executive Officer (410) 580 5777

Leon W. Russell Chairman National Board of (877) 622 2798

Class action (190a)
Prisoner Civil Rights 28 USC §1983
Plantiff (14c) The party who brings a civil suit in a court of law.

- Steven James Gomez JR
- Stephen Lorenze Harris
- Myron Njie
- Robert Wilson
- Cruz Gray
- Brandon McDaniel
- Michael Black
- Janard Creighton
- Marcus Farmer

- 2100701    975976
- 2208107    1043089
- 2107860    1116293
- 2011968    1111298
- 2108599    944961
- 2210363    1016622
  1051176    1504929
             1096859

DATE 2/9/2023

Central District of California
United States District Court
I wanna wish all staff a Happy New Year
Family & Friends

Steven James Gomez JR 09 25 1988

Thank you all for you Help and Assitancts with Civil Rights Complaint

Thankyou to: State of California Staff Central District of California
Kiry K. Gray District Court Executive/Clerk of Court
Cristina M. Squieri Bullock Chief Deputy of Administration
Sara Tse Soo Hoo Chief Deputy of Operations

STEPHEN HARRIS · 1043089 · Booking# 2208107
901 Rice Street Jail
Fulton County Jail 30318
Atlanta, Georgia
Cell 107 Zone FD 2
7 North

ATLANTA METRO 301
22 FEB 2023 PM 6 L

Cristina M. Squieri Bullock
Chief Deputy of Administration
#350 West 1st Street Suite 4311
Los Angeles CA #90012
United States District Court
Central District of California





THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

THIS MAIL ORIGINATED FROM AN INMATE AT THE FULTON COUNTY JAIL

© USPS 2019